IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,                                    ORDER

    v.                                         17-cv-466-wmc

ANDREW IVERSON, KEALEY IVERSON,
PAMELA DACH, DEBRA IVERSON,
FREDERICK DACH, and MICHAEL DACH,

    Defendants.
_____

Interpleader plaintiff Metropolitan Life Insurance Company ("MetLife"), is proceeding in this action against six individuals who are asserting competing claims to the proceeds of a life insurance policy issued by MetLife to Shirley Dach ("Decedent"), who died on January 20, 2017. On March 7, 2018, defendant Andrew Iverson filed a motion for summary judgment, in which he seeks a judgment that he and defendant Kealey Iverson are each entitled to 50% the proceeds of the life insurance policy. (Dkt. #24.) While the court set April 9, 2018, as the opposition deadline, none of the defendants have opposed the motion, nor has any defendant sought an extension or otherwise provided the court with an indication that they intend to oppose the motion. Their failure to respond to Iverson's motion suggests that either they agree with this result or simply have lost interest in pursuing their claims to the proceeds of the policy.

Defendants Kealey Iverson, Pamela Dach, Debra Iverson, Frederick Dach and Michael Dach will receive *one* more opportunity to submit a substantive response to

1

defendants' motion.  **Their failure to respond by that date will result in the court: (1) deeming defendant Andrew Iverson's proposed findings of fact undisputed, (2) granting his motion for summary judgment, and (3) entering judgment in Iverson's favor without further discussion.**

ORDER

IT IS ORDERED that defendants Kealey Iverson, Pamela Dach, Debra Iverson, Frederick Dach, and Michael Dach may have until **September 17, 2018,** to file a response to defendant Andrew Iverson's motion for summary judgment.  **If these defendants do not respond by that date, the court will deem all of defendant Andrew Iverson's proposed findings of fact as undisputed, grant his motion for summary judgment and enter judgment in Iverson's favor without further discussion.**

Entered this 27th day of August, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge