IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

ANDREW IVERSON, KEALEY IVERSON,
PAMELA DACH, DEBRA IVERSON,
FREDERICK DACH, MICHAEL DACH and
HENKE-CLARKSON FUNERAL HOME,

    Defendants/Counter-Claimants.

JUDGMENT IN A CIVIL CASE

17-cv-466-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant/claimant Andrew Iverson's motion for summary judgment. It is adjudged that defendant/counter claimant Andrew Iverson is entitled to half of the remainder of the Plan Benefits, and defendant counter claimant Kealey Iverson is entitled to the other half of the remainder of the Plan Benefits.

/s/                                            10/26/2018

Peter Oppeneer, Clerk of Court              Date